HAMITER, Justice
(concurring).
If the decision in this cause depended entirely on a consideration of the demand in the light of the provisions of the Louisiana Workmen’s Compensation Act as written, LSA-R.S. 23:1035,1 should be inclined to the view that a church corporation does not engage in a hazardous trade, business or occupation as contemplated by the statute and, hence, that the claim of this plaintiff is not compensable.
However, through extremely liberal interpretations given in connection with numerous decisions of this court and of our Courts of Appeal (with many of which I have disagreed) those statutory provisions have been extended so as to include “all types of pursuits” (as stated in the majority opinion) in which motor vehicles are used; and the Legislature, although it has often'met in regular session, has consistently permitted such .interpretations and extensions to go unchallenged. For this reason I am forced to the conclusion that the Louisiana Workmen’s Compensation Act is here applicable and that plaintiff is entitled to the benefits which it affords.
- I respectfully concur.